| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | CARO MARKS, Bar #159267 |
| | Designated Counsel for Service |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California  95814 |
| 4 | Telephone: (916) 498-5700 |

Attorney for Defendant
DENIS TYANNIKOV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-cr-00527-MCE |
|---|---|
| | ) |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| DENIS TYANNIKOV, | ) |
| | ) Date: March 1, 2012 |
| Defendant. | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. Morrison C. England Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for DENIS TYANNIKOV, that the status conference hearing date of February 9, 2012 be vacated, and the matter be set for status conference on March 1, 2012 at 9:00 a.m.

The reason for this continuance is to allow the defense additional time to discuss the case with the defendant, and then to review the evidence with government counsel to determine whether the case will settle or go to trial.

///

///

Moreover, the amount of loss under the sentencing guidelines may be an issue and defense counsel may need time to re-analyze the amount of loss so as to determine the defendant's exposure should he plead or be found guilty.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including March 1, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: February 7, 2012.   Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender


/s/ Caro Marks
CARO MARKS
Designated Counsel for Service
Attorney for Denis Tyannikov

DATED: February 7, 2012.   BENJAMIN WAGNER
United States Attorney


/s/ Caro Marks for
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 9, 2012, status conference hearing be continued to March 1, 2012, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the March 1, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: February 7, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE