| | |
|---|---|
| 1 | DANIEL BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | CARO MARKS, Bar #159267 |
| | Designated Counsel for Service |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |

Attorney for Defendant
DENIS TYANNIKOV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-cr-00527-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | WAIVER OF DEFENDANT'S PRESENCE |
| | ) | |
| DENIS TYANNIKOV, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant, DENIS TYANNIKOV, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.

///

///

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix in his absence.

 Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under that Act without defendant being present.

Dated: February 6, 2012

/s/ Denis Tyannikov
DENIS TYANNIKOV

I agree with and consent to my client's waiver of appearance.

Dated: February 6, 2012  /s/ Caro Marks
CARO MARKS
Designated Counsel for Service
Attorney for Defendant
DENIS TYANNIKOV

 IT IS SO ORDERED.

Dated: February 8, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE